UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN E. CUNNINGHAM,

                 Plaintiff,

      - against -

UNITED STATES DEPARTMENT OF
JUSTICE, ET AL.,

               Defendants.

24-cv-8765 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by

March 27, 2025.

SO ORDERED.

Dated:    New York, New York
          March 13, 2025

                              John G. Koeltl
                    United States District Judge