UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN E. CUNNINGHAM,

                Plaintiff(s)

                              24 civ 8765 (JGK)

     -against-

JIMMY BEDOYA, et al.,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, April 8, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                                        _____
                                                        **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         March 31, 2025