UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEAN CUNNINGHAM,

                      Plaintiff,

       -against-

UNITED STATES OF AMERICA, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

24 Civ. No. 8765 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, September 10, 2025 at 10:00 a.m.**  Counsel are directed to submit a joint status letter no later than Wednesday, September 3, 2025 advising the court as to the status of this matter.  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [226 460 588 283 3]  Passcode: [vp2vE98Y]**

      SO ORDERED.

DATED:    New York, New York
               July 15, 2025

                                          _____
                                          The Honorable Gary Stein
                                          United States Magistrate Judge