UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN CUNNINGHAM,

                        Plaintiff,

      -against-

UNITED STATES OF AMERICA, *et al.,*

                      Defendants.
------------------------------------------------------------------X

**24 Civ. No. 8765 (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, November 12, 2025 at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than Monday, November 10, 2025 advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting](#). **Meeting ID: [237 421 911 691 0]  Passcode: [As76ak7W]**

      **SO ORDERED.**

DATED:    New York, New York
                September 10, 2025

                                                    */s/ Gary Stein*
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge